IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IOT INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00432-JRG-RSP |
| | § | |
| MONITRONICS INTERNATIONAL, INC., d/b/a BRINKS HOME, | § § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendant Monitronics International, Inc. d/b/a Brinks Home ("Brinks Home") previously filed a Motion to Dismiss for Improper Venue ("Motion") (Dkt. No. 8.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 46), recommending denial of Brinks Home's Motion. Brinks Home has now filed Objections (Dkt. No. 48.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and Brinks Home's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Brinks Home's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss for Improper Venue (Dkt. No. 8) is **DENIED**.

**So ORDERED and SIGNED this 26th day of September, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE