## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

IOT INNOVATIONS LLC,                    §
                                        §
          *Plaintiff*,                  §
                                        §
v.                                      §    CIVIL ACTION NO. 2:22-CV-00432-JRG-RSP
                                        §
MONITRONICS INTERNATIONAL, INC.,        §
d/b/a BRINKS HOME,                      §
                                        §
          *Defendant*.                  §

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by IOT Innovations, LLC ("Plaintiff") and Monitronics International, Inc. d/b/a Brinks Home ("Defendant"). (Dkt. No. 52.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 12th day of October, 2023.**


RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE